UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-236-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TANYA R. HOUGH | ) |

ORDER GRANTING
MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file his sentencing

memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant' motion is hereby GRANTED .

SO ORDERED this the **1 7** day of March, 2016.

James Dever

Hon. James C. Dever, III
Chief U.S. District Judge