UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tanya R. Hough                                    Docket No. 5:15-CR-236-1D

### Petition for Action on Probation

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tanya R. Hough, who, upon an earlier plea of guilty to 18 U.S.C. § 641, Theft of Government Money, Property, or Records, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 24, 2016, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was convicted of two counts of Misdemeanor Simple Assault (16CR63434 and 16CR63433) in Cumberland County on January 31, 2017. Both convictions are in the appeal process. The defendant has otherwise been in compliance and is an active participant in mental health counselling at Integrated Behavioral Healthcare Services. At this time we are recommending that the defendant complete 30 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 30 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2568<br>Executed On: February 10, 2017 |

### ORDER OF THE COURT

Considered and ordered this __19__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge